IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ERIN C. TETRICK                                                                                      PLAINTIFF

v.                                    CIVIL NO. 3:18-cv-3071-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                                                         DEFENDANT

## **MEMORANDUM OPINION AND ORDER**

Plaintiff, Erin Tetrick, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner").  (ECF No. 1).  On November 16, 2018, Plaintiff filed a Motion to Dismiss conceding that substantial evidence supports the Commissioner's decision and requesting that her case be dismissed without prejudice.  (ECF No. 12).  Accordingly, Plaintiff's Motion to Dismiss is hereby granted, and the clerk is directed to dismiss Plaintiff's case without prejudice.

DATED this 20th day of November, 2018.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE