# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

ERIN C. TETRICK                                                    PLAINTIFF

V.                              CASE NO.: 3:18-CV-3071

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                        DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this case on November 26, 2018, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Plaintiff's Motion to Dismiss (Doc. 12) is **GRANTED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED on this 11th day of December, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE